

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

January 6, 2022

    Re:    20-2540, *Association for Education Fairness v. Montgomery County Board of Education, et al.*

### LETTER ORDER

Counsel,

For the reasons discussed on the record during yesterday's recorded status conference, the Court hereby adopts the following scheduling order:

### Motion to Intervene

| | |
|---|---|
| January 18, 2022 | Proposed Intervenors' Motion to Intervene (limited to 20 pages, exclusive of exhibits) |
| February 1, 2022 | Responses to Motion to Intervene (limited to 20 pages, exclusive of exhibits) |
| February 8, 2022 | Reply in Support of Motion to Intervene (limited to 10 pages, exclusive of exhibits) |

### The Amended Complaint

| | |
|---|---|
| February 28, 2022 | Defendants' Motion to Dismiss (limited to 20 pages, exclusive of exhibits) |
| March 28, 2022 | Response to Motion to Dismiss (limited to 20 pages, exclusive of exhibits) |
| April 11, 2022 | Reply in Support of Motion to Dismiss (limited to 10 pages, exclusive of exhibits) |

In the Court's discretion, and with consent of the parties and proposed intervenors, the proposed intervenors' obligation under Federal Rule of Civil Procedure 24(c) to provide a "pleading that sets out the claim or defense for which intervention is sought" is deferred. If the Motion to Intervene is granted, the intervenors' Rule 24(c) pleading will be due on February 28, 2022.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

/s/
PAULA XINIS
United States District Judge