

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

August 4, 2022

Re:  20-2540, *Association for Education Fairness v. Montgomery County Board of Education*

### **MEMORANDUM TO COUNSEL**

Counsel,

On July 29, 2022, this Court issued a Memorandum Opinion and Order (ECF Nos. 99 & 100) in the above-captioned case. It has since been brought to the Court's attention that both filings inadvertently omitted Identity Inc. from the list of participating *Amici*. The Court has corrected the Memorandum Opinion and Order accordingly. The Memorandum Opinion and Order are otherwise unchanged.

Sincerely,

/s/
PAULA XINIS
United States District Judge