UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FAIRNESS,<br><br>    Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY BOARD OF EDUCATION, et al.,<br><br>    Defendants. | Civil Action No. 8:20-cv-02540-PX |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**

Plaintiff Association For Education Fairness (AFEF) has filed a motion for relief from the Court's July 29, 2022 Memorandum Opinion and Order (ECF Nos. 99, 100) granting Defendants' motion to dismiss. Upon consideration of AFEF's motion for relief, it is hereby ORDERED that that the motion is GRANTED.

**IT IS SO ORDERED**.

DATED: _____         _____
                                                                                      Hon. Paula Xinis
                                                                                      United States District Judge

1