FILED: January 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1068
(8:20-cv-02540-PX)

_____

ASSOCIATION FOR EDUCATION FAIRNESS

           Plaintiff - Appellant

v.

MONTGOMERY COUNTY BOARD OF EDUCATION; DR. MONIFA B. MCKNIGHT

           Defendants - Appellees

MONTGOMERY COUNTY BRANCH OF THE NAACP; ASIAN AMERICAN YOUTH LEADERSHIP EMPOWERMENT AND DEVELOPMENT; MONTGOMERY COUNTY PROGRESSIVE ASIAN AMERICAN NETWORK; CASA, INC.; IDENTITY, INC.

           Intervenors

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:20-cv-02540-PX |
| Date notice of appeal filed in originating court: | 01/17/2023 |
| Appellant | Association for Education Fairness |
| Appellate Case Number | 23-1068 |
| Case Manager | Anisha Walker<br>804-916-2704 |