FILED: March 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1068
(8:20-cv-02540-PX)

_____

ASSOCIATION FOR EDUCATION FAIRNESS

    Plaintiff - Appellant

v.

MONTGOMERY COUNTY BOARD OF EDUCATION; DR. MONIFA B. MCKNIGHT

    Defendants - Appellees

and

ASIAN AMERICAN YOUTH LEADERSHIP EMPOWERMENT AND DEVELOPMENT; CASA, INC.; IDENTITY, INC.; MONTGOMERY COUNTY BRANCH OF THE NAACP; MONTGOMERY COUNTY PROGRESSIVE ASIAN AMERICAN NETWORK

    Intervenors

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in No. 22-1280, *Coalition for TJ v. Fairfax County School Board.*

                For the Court

                <u>/s/ Patricia S. Connor, Clerk</u>