FILED: August 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1068
(8:20-cv-02540-PX)

_____

ASSOCIATION FOR EDUCATION FAIRNESS

        Plaintiff - Appellant

v.

MONTGOMERY COUNTY BOARD OF EDUCATION; DR. MONIFA B. MCKNIGHT

        Defendants - Appellees

and

CASA, INC.; IDENTITY, INC.; MONTGOMERY COUNTY BRANCH OF THE NAACP; ASIAN AMERICAN YOUTH LEADERSHIP EMPOWERMENT AND DEVELOPMENT; MONTGOMERY COUNTY PROGRESSIVE ASIAN AMERICAN NETWORK

        Intervenors

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk